IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**LASHAWN D PATTON
and CALVIN TRAHAN,**

**Defendants.**                                                      **No. 05-CR-30039-DRH**

### ORDER

**HERNDON, District Judge:**

      Now before the Court is Trahan's April 21, 2005 motion to continue the trial in this matter (Doc. 38). The Government does not object to the motion. The Court being fully advised in the premises finds that Trahan needs additional time to complete a **Federal Criminal Rule 20** transfer of a criminal case from the Eastern District of Texas and to conduct plea negotiations with the Government. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendants in a speedy trial. Therefore, the Court **GRANTS** Trahan's April 21, 2005 motion to continue (Doc. 38). The Court **CONTINUES** the **jury trial** scheduled for May 9, 2005 at 9:00 a.m. to **Monday, July 11, 2005 at 9:00 a.m.**

The time from the date the original motion was filed, April 21, 2005, until the date to which the trial is rescheduled, July 11, 2005, is excludable time for the purposes of speedy trial.  The parties shall notify the Court if a change of plea hearing is necessary in this matter.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2005.

<u>/s/   David RHerndon</u>
**United States District Judge**